IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE LAND,

    Plaintiff,

vs.                                       CASE NO. 3:05cv182-RS/MD

JOHN E. POTTER,
UNITED STATES POSTAL SERVICE,

    Defendant.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 23).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed with prejudice.

3. The clerk is directed to close the file.

ORDERED on May 18, 2006.

                                                  **/S/ Richard Smoak**
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**